

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joel Derek Rojo,

\* From the 118th District Court
  of Howard County
  Trial Court No. 14690.

Vs. No. 11-17-00227-CR

\* August 8, 2019

The State of Texas,

\* Memorandum Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.